UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL SHAPIRO, on behalf of himself as an individual, and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>      v.<br><br>JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., J.P. MORGAN SECURITIES LLC, and J.P. MORGAN SECURITIES, LTD.,<br><br>       Defendants. | Case No. 11-CV-8331 (CM)(MHD) |
| STEPHEN and LEYLA HILL, on behalf of themselves as individuals, and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>      v.<br><br>JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., J.P. MORGAN SECURITIES LLC, and J.P. MORGAN SECURITIES, LTD.,<br><br>       Defendants. | Case No. 11-CV-7961 (CM) |

NOTICE OF MOTION FOR FINAL
<u>APPROVAL OF PROPOSED SETTLEMENT</u>

**PLEASE TAKE NOTICE** that, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, this Court's January 10, 2014 Order Preliminarily Approving Proposed Settlement and Providing for Notice (ECF No. 52) (the "January 10, 2014 Order") and the Calendar Notice dated January 16, 2014 (ECF No. 53), and upon the accompanying Joint Declaration of Andrew J. Entwistle and Reed Kathrein dated February 14, 2014 (the "Joint Final Approval

Declaration"), Plaintiffs' Memorandum of Law in Support of Motion for Final Approval of Proposed Settlement with Defendants and all prior proceedings had herein, plaintiffs and putative class representatives Paul Shapiro, Stephen Hill and Leyla Hill, on behalf of themselves and all other persons and entities who directly had capital invested with Bernard L. Madoff Investment Securities LLC ("BLMIS") as of December 11, 2008, will move this Court on March 21, 2014 at 10:00 a.m. for entry of the proposed Final Judgment and Order of Dismissal With Prejudice, a copy of which is attached hereto as Exhibit A (the "Proposed Final Judgment"): (i) granting final approval of the proposed settlement (the "Settlement") as memorialized in the Settlement Agreement, a copy of which is attached as Exhibit 2 to the Joint Final Approval Declaration, and of the proposed Plan of Allocation set forth in the Notice at pp. 13 – 14 (ECF No. 57, pp. 20 – 21); (ii) finding that the Notice was fair, adequate and reasonable and in compliance with due process, Rule 23, and the January 10, 2014 Order; (iii) certifying a class for purposes of the Settlement as defined in the Proposed Final Judgment (the "Settlement Class"); (iv) appointing undersigned co-lead counsel as Settlement Class Counsel; and (v) granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that Intervenor Irvin H. Picard, Trustee of the substantively consolidated SIPA liquidation of BLMIS and the Estate of Bernard L. Madoff (the "SIPA Trustee"), is a party to the Settlement and approves this motion and Plaintiffs' Memorandum of Law in Support thereof.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to this Court's January 10, 2014 Order, written objections to any aspect of the proposed Settlement or the proposed Plan of Allocation must be filed with the Court and served on the undersigned Co-Lead Counsel, Counsel for the SIPA Trustee and Counsel for JPMorgan by February 28, 2014.

DATED: February 14, 2014

Respectfully submitted,

| **ENTWISTLE & CAPPUCCI LLP** | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
|---|---|
| By: */s/ Andrew J. Entwistle* <br> Andrew J. Entwistle <br> Vincent R. Cappucci <br> Arthur V. Nealon <br> Robert N. Cappucci <br> 280 Park Avenue, 26th Floor West <br> New York, New York 10017 <br> Telephone: (212) 894-7200 <br> Facsimile: (212) 894-7272 <br> aentwistle@entwistle-law.com <br> vcappucci@entwistle-law.com <br> anealon@entwistle-law.com <br> rcappucci@entwistle-law.com | By: */s/ Reed Kathrein* <br> Reed Kathrein (*pro hac vice*) <br> 715 Hearst Avenue, Suite 202 <br> Berkeley, California 94710 <br> Telephone: (510) 725-3000 <br> Facsimile: (510) 725-3001 <br> reed@hbsslaw.com <br><br> Steve W. Berman (*pro hac vice*) <br> **HAGENS BERMAN SOBOL SHAPIRO LLP** <br> 1918 Eighth Avenue, Suite 3300 <br> Seattle, Washington 98101 <br> Telephone (206) 623-7292 <br> Facsimile (206) 623-0594 <br> steve@hbsslaw.com <br><br> Jason A. Zweig (JZ-8107) <br> **HAGENS BERMAN SOBOL SHAPIRO LLP** <br> 555 Fifth Avenue, Suite 1700 <br> New York, New York 10017 <br> Telephone: (212) 752-5455 <br> Facsimile: (917) 210-3980 <br> jasonz@hbsslaw.com |

*Co-Lead Counsel for Plaintiffs and the Settlement Class*