UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL SHAPIRO, on behalf of himself as an individual, and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>   v.<br><br>JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., J.P. MORGAN SECURITIES LLC, and J.P. MORGAN SECURITIES, LTD.,<br><br>      Defendants. | Case No. 11-CV-8331 (CM)(MHD) |
| STEPHEN and LEYLA HILL, on behalf of themselves as individuals, and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>   v.<br><br>JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., J.P. MORGAN SECURITIES LLC, and J.P. MORGAN SECURITIES, LTD.,<br><br>      Defendants. | Case No. 11-CV-7961 (CM) |

**NOTICE OF MOTION FOR AWARD OF ATTORNEYS'
FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

**PLEASE TAKE NOTICE** that, pursuant to Rules 23(h) and 54(d)(2) of the Federal

Rules of Civil Procedure and this Court's January 10, 2014 Order Preliminarily Approving

Proposed Settlement and Providing for Notice (ECF No. 52) (the "January 10, 2014 Order"), and

upon the accompanying Joint Declaration with exhibits of Andrew J. Entwistle and Reed

Kathrein in Support of Plaintiffs' Counsel's Motion for Award of Attorneys' Fees and

Reimbursement of Litigation Expenses and the Memorandum of Law in Support of Plaintiffs'

1

Counsel's Motion for Award of Attorneys' Fees and Reimbursement of Litigation Expenses, the undersigned counsel for Plaintiffs Paul Shapiro, Stephen Hill and Leyla Hill and Co-Lead Counsel for the Settlement Class will respectfully move this Court on March 21, 2014 at 10:00 a.m. for entry of an award of attorneys' fees and reimbursement of litigation expenses substantially in the form of the proposed Final Judgment and Order Awarding Fees and Expenses, attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to this Court's January 10, 2014 Order, written objections to this Motion for Award of Attorneys' Fees and Reimbursement of Litigation Expenses must be filed with the Court and served upon the undersigned Co-Lead Counsel, Counsel for the Trustee and Counsel for JPMorgan by February 28, 2014.

Dated: February 14, 2014

| **ENTWISTLE & CAPPUCCI LLP** | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
|---|---|
| */s/ Andrew J. Entwistle* | */s/ Reed Kathrein* |
| Andrew J. Entwistle | Reed Kathrein |
| Vincent R. Cappucci | 715 Hearst Ave., Suite 202 |
| Arthur V. Nealon | Berkeley, California 94710 |
| Robert N. Cappucci | Telephone: (510) 725-3000 |
| 280 Park Avenue, 26th Floor West | Facsimile: (510) 725-3001 |
| New York, New York 10017 | |
| Telephone: (212) 894-7200 | |
| Facsimile: (212) 894-7272 | |

*Co-Lead Counsel for Plaintiffs and the Settlement Class*

EC.54474.1